1030

[No. 69382-4-I.   Division One.   June 24, 2013.]

*In the Matter of the Post-Sentence Review of* LARS AKSEL LARSEN.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-1-00941-1, Charles R. Snyder, J., entered June 26, 2012. *Granted* and *remanded* by unpublished per curiam opinion.

[Nos. 42414-2-II; 44090-3-II.   Division Two.   June 25, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE ALAN BURTON, *Appellant*.

*In the Matter of the Personal Restraint of* WAYNE ALAN BURTON, *Petitioner*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00387-6, Leila Mills, J., entered July 22, 2011, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded* and petition *granted* by unpublished opinion per Worswick, C.J., concurred in by Penoyar and Bjorgen, JJ.

[No. 42456-8-II.   Division Two.   June 25, 2013.]

LOIS J. NELSON, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-06242-6, Linda CJ Lee, J., entered July 15, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Van Deren, J. Pro Tem. Now published at 175 Wn. App. 718.